UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY WHITE,

    Plaintiff,

v.                                                                  Case No. 3:25cv955-LC-HTC

WARDEN QUINN, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 16, 2025 (ECF No. 5), recommending that Plaintiff's case be dismissed under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) and the Court's inherent power.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.   The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2.	This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) and this Court's inherent power for White's failure to truthfully disclose his litigation history.

3.	The clerk shall close the file.

**DONE AND ORDERED** this 1st day of August, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv955-LC-HTC